[No. 5727–1–II.   Division Two.   October 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
C. McLEAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–1–00015–9, James I. Maddock, J., entered
July 2, 1981. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Petrich and Worswick, JJ.

[No. 5466–3–II.   Division Two.   October 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
E. BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80–1–00418–1, Jay W. Hamilton, J., entered
March 10, 1981. *Dismissed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 11263–5–I.   Division One.   October 25, 1982.]

ERIC WATKINS, JR., *Individually, Appellant,* v. KING
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–16440–6, James D. McCutcheon, Jr., J.,
entered January 22, 1982. *Reversed* and *remanded* by
unpublished per curiam opinion.

[No. 10468–3–I.   Division One.   October 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MITCHELL
GREENLEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–01792–6, Francis E. Holman, J., entered
June 19, 1981. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Andersen, C.J., and Swanson,
J.